UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -against-

Eric Suarez

                                          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag 10193

Defendant _____Eric Suarez_____ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

**Yes**     Initial Appearance Before a Judicial Officer

**Yes**     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**Yes**     Bail/Detention Hearing

**Yes**     Conference Before a Judicial Officer

 

/s/ Eric Suarez                                    /s/Sabrina Shroff
_____        _____
Defendant's Signature                             Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Eric Suarez**                                  **/s/Sabrina Shroff**
_____        _____
Print Defendant's Name                           Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/23/2020
_____                  _____
Date                                                 U.S. District Judge/U.S. Magistrate Judge